**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
J.V.,

                       Plaintiff,

    -against-                                          23 **CIVIL** 3419 (CS)

                                                                    **JUDGMENT**

NEW YORK STATE OFFICE OF CHILD AND
FAMILY SERVICES GOSHEN SECURE CENTER
DIRECTOR AYKROYD LAKE in his individual
capacity, GOSHEN SECURE CENTER UNKNOWN
SUPERVISORY STAFF MEMBERS in their respective
individual capacities, GOSHEN SECURE CENTER
OFFICER VERONICA HAYES, in her individual
capacity, GOSHEN SECURE CENTER OFFICER
CHRISTOPHER CARDINAL, in his individual
capacity, UNKNOWN GOSHEN SECURE CENTER
OFFICERS 1-4, in their respective individual capacities,

                     Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 28, 2024, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       June 28, 2024

                                                                                **DANIEL ORTIZ**
                                                                         **Acting Clerk of Court**

                                 **BY:**

                                                                          **Deputy Clerk**